TOSHIBA CORPORATION, Appellant,

v.

INTERNATIONAL TRADE COMMISSION, Appellee,

and

Hynix Semiconductor Inc. and Hynix Semiconductor America, Inc., Intervenors.

Hynix Semiconductor Inc. and Hynix Semiconductor America, Inc., Appellants,

v.

International Trade Commission, Appellee,

and

Toshiba Corporation, Intervenor.

No. 2007–1122, 2007–1178.

United States Court of Appeals, Federal Circuit.

March 27, 2007.

### ORDER

Upon consideration of the parties' joint motion to dismiss their respective appeals,

IT IS ORDERED THAT:

(1) The motion is granted. All other motions are moot.

(2) All sides shall bear their own costs.